**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00736-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LUCAS DeMAESTRI,

    Plaintiff,

v.

AARGON AGENCY, INC.,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Lucas DeMaestri, currently resides in Denver, Colorado.  Mr. DeMaestri has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order.  Mr. DeMaestri will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. DeMaestri files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) _X_ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application

(9) __  An original and a copy have not been received by the court.
          Only an original has been received.
(10) __  other:

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) _X_  is not on proper form (must use the court's current form)
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. ___
(15) __   uses et al. instead of listing all parties in caption
(16) __   An original and a copy have not been received by the court. Only an original has been received.
(17) __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __   names in caption do not match names in text
(19) __   other:

Accordingly, it is

ORDERED that the Mr. DeMaestri cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. DeMaestri files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. DeMaestri shall obtain the Court-approved form used in filing a Complaint and a 28 U.S.C. § 1915 Motion and Affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if he fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED March 26, 2012, at Denver, Colorado.

                                        BY THE COURT:

                                        s/Boyd N. Boland
                                        United States Magistrate Judge