**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 12-CV-00736-WYD**

LUCAS DEMAESTRI,

    Plaintiff,

v.

AARGON AGENCY, INC.,

    Defendant.

---

**DEFENDANT AARGON AGENCY, INC.'S NOTICE OF RELATED CASES**

---

Pursuant to D. Colo. L. Civ. R. 7.5, Defendant Aargon Agency, Inc. ("Aargon") hereby files the following Notice of Related Cases.

Aargon hereby states that there are no other cases pending in this or any other federal, state, or foreign jurisdiction that have at least one party in common and that have common questions of law and fact.

Dated this 1st day of May, 2012.

                                                        _____*/s/ Hillary R. Ross*_____
                                                        Hillary R. Ross
                                                        The Bourassa Law Group, LLC
                                                        3773 Cherry Creek Drive North, Suite 575
                                                        Denver, Colorado 80209
                                                        Tel:  303.331.6186
                                                        Fax: 303.331.6188
                                                        Email:  hross@bourassalawgroup.com

                                                        *Counsel for Defendant*

2

## CERTIFICATE OF MAILING

The undersigned hereby certifies that the foregoing **DEFENDANT AARGON AGENCY, INC.'S NOTICE OF RELATED CASES** was filed electronically through the Court's CM/ECF System on May 1, 2012. A copy was also mailed via U.S.P.S. First Class Mail addressed to:

Lucas DeMaestri
9901 E. Evans Ave. #23D
Denver, CO 80247

                                                        */s/ Hillary R. Ross*
                                                       HILLARY R. ROSS