▇▇▇▇▇▇ 5034

```
   PATIENT OVERVIEW                          SVC FAC:  D0NX       02/28/12  1233

PT NO:    135402022  DEMAESTRI ,LUCAS ATTILO   MR NO: 3374449       ACCT TYPE: B
REG: 10/19/11  DSCH: 10/19/11   FC: 2  PT: E  EXP IND:   ACCT BAL:      712.96
-----------------------------------------------------------------------------
  BIRTHDATE:         ▇▇/1985       HOSPITAL SERVICE:            AUC
  SEX/MARITAL:    M    S           PREADMIT STS/NO OF UNITS:       /
  SOC SEC NO:     ▇▇▇9144          PATIENT REP/DISTRICT CD:        /    16
  GUAR NUMBER:    0000089763       PATIENT PAYOR PLAN:
  GA LN: DEMAESTRI                           FN: LUCAS                    MI: A
  PHONE USE:      CNTRY CD:     AREA CD: 720   PHONE: 5356656   EXT:
  PHONE USE:      CNTRY CD:     AREA CD:       PHONE:           EXT:
       ACCT BAL       S01  V                                         PT BAL
        712.96            .00                                        712.96
-----------------------------------------------------------------------------
  ! (PF1) DEMO DATA       ! (PF6) SEL ACCT DTL
  ! (PF2) FIN DATA        ! (PF7) ACCT DTL
  ! (PF3) INS DATA
  ! (PF4) CTRCT DATA                                  PF16 D/E  ____
  ! (PF5) DTL SUMMARY     ! (PF10) POST COMMENTS      PF17 NAD  ____
                                                      PF18 ONLINE BILL
-----------------------------------------------------------------------------
  ! (PF13) RESPECIFY INQUIRY
  ! (PF14) SEL PT
PAQRSP03
```

```
SELECTED DETAIL DATA              SVC FAC: D0NX      02/28/12  1233

PT NO:    185402022  DEMAESTRI ,LUCAS ATTILO   MR NO: 3374449     ACCT TYPE: B
REG: 10/19/11  DSCH: 10/19/11  FC: 2  PT: E  EXP IND:   ACCT BAL:    712.96
---------------------------------------------------------------- PAGE NO:   1
    ACCT BAL         S01  V                                         PT BAL
     712.96          .00                                            712.96

  SVC      POST    SVC CD  INS CD-DESCRIPTION/COMMENT-REF DATE     AMOUNT
 101911  101911  11131943   01    OXYCODONE/APAP 5/325 BULK          18.00
 101911  101911  18123356   20    SHOULDER MIN 2 VIEW, RT           293.08
 101911  102011  52098795   77    URGENT CARE NEW LEVEL 4           401.88


------------------------------------------------------------------------
! (PF14) SEL PT                    ! (PF3) SELECT DTL
! (PF15) RETURN TO PT OVERVIEW     ! (PF10) ACCT CMNTS      PF16 D/E ____

PAODTL01
```