IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00736–WYD–KMT

LUCAS DEMAESTRI,

    Plaintiff,

v.

AARGON AGENCY, INC.,

    Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Amended Complaint" (Doc. No. 15, filed May 3, 2012) is STRICKEN. Federal Rule of Civil Procedure 15(a)(1) provides that a party may amend its pleading <u>once</u> as a matter of course within either 21 days after serving it, or 21 days after service of a responsive pleading or a motion under Rule 12(b), (e), or (f). Otherwise, a party may amend its pleading only with the opposing parties' written consent or the court's leave. Fed. R. Civ. P. 15(2). Plaintiff's original "Verified Complaint and Jury Demand" (Doc. No. 1) was filed on March 23, 2012. Thereafter, Plaintiff filed an Amended Complaint on March 29, 2012. (*See* Doc. No. 5.) Accordingly, Plaintiff has already availed himself of his one opportunity to amend his complaint as a matter of course, and must now seek the court's leave or Defendant's written consent prior to filing his amended complaint.

Dated: May 4, 2012