IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00736-WYD-KMT

LUCAS DEMAESTRI,

    Plaintiff,

v.

AARGON AGENCY, INC.,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiff's Motion for Default Judgment, filed May 7, 2012 [ECF No. 17].  Plaintiff served Defendant Aragon Agency, Inc. with a copy of the Summons and Amended Complaint on April 12, 2012 [ECF No. 10].  On May 1, 2012, Defendant Aragon filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [ECF No. 13].  Rule 12(b)(6) states that a party may assert the defense of failure to state a claim upon which relief can be granted by motion, and that a motion asserting this defense must be made *before* pleading if a responsive pleading is allowed.  Rule 12(a)(4) further provides that the service of such a motion alters the period for answering a complaint.  *Moomchi v. Univ. of N.M.*, 72 F.3d 138 (10 Cir. 1995); Fed. R. Civ. P. 12.  Since Defendant Aragon submitted a timely defensive pleading in the form of its motion to dismiss, it cannot be deemed to have been in default.  Therefore, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment, filed May 7, 2012 [ECF No. 17] is **DENIED**.

Dated: May 11, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE